IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CR-333-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| HUGO REBAZA, JR. | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Denzil H. Forrester's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 36) filed February 28, 2014 as to Jose Rodriguez. It appearing that Jose Rodriguez is a member in good standing with the Florida State Bar and will be appearing with Denzil H. Forrester, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**IT IS THEREFORE ORDERED:**

That Denzil H. Forrester's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 36) of Jose Rodriguez is hereby **GRANTED**, and that Jose Rodriguez is ADMITTED to practice, *Pro Hac Vice*, before the Bar of this court while associated with Denzil H. Forrester.

**SO ORDERED**.

Signed: March 3, 2014

David C. Keesler
United States Magistrate Judge